UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern

Jul 14 2025

FILED
Clerk of Court

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NADER J. ABDALLAH,

        Defendant.

Case No. 25cr137

[18 U.S.C. § 2113(a)]

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 25, 2024, in the State and Eastern District of Wisconsin,

**NADER J. ABDALLAH**

did take, by force, violence, and intimidation, from the presence of a bank employee, U.S. currency belonging to and in the care, custody, and management of the Tri City National Bank, in Milwaukee, Wisconsin, a federally insured financial institution.

In violation of Title 18, United States Code, Section 2113(a).

_for_ _[signature]_                                    July 11, 2025
RICHARD G. FROHLING                    DATE
Acting United States Attorney